# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EVGENNI RUSSU,<br><br>    Defendant. | Case No. 2:11-cr-00434-LDG (PAL)<br><br>**ORDER** |

THE COURT **ORDERS** that Defendant Evgennii Russu's Motion for Reconsideration (#219) is DENIED.

DATED this \_\_17\_\_ day of August, 2012.

_____
Lloyd D. George
United States District Judge