```
                                    ___ FILED          ___ RECEIVED
                                    ___ ENTERED        ___ SERVED ON
                                              COUNSEL/PARTIES OF RECORD

                                              DEC 2 1 2012

                                         CLERK US DISTRICT COURT
                                          DISTRICT OF NEVADA
                                    BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:11-CR-00434-5-LDG-PAL |
| v. | ) **ORDER** |
| EVGHENII RUSSU, | ) |
| Defendant. | ) |

Before this court for review is defendant's Motion to Withdraw as Attorney (doc. 327) for Tyrone Davis, submitted by Herbert Sachs. The court having read and reviewed the motion and good cause appearing, it is hereby GRANTED.

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that DOUGLASS A. MITCHELL is appointed as counsel in place of Hebert Sachs for all future proceedings.

Mr. Sachs shall forward the file to Mr. Mitchell forthwith.

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the office of the Federal Public Defender, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of

Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

IT IS FURTHER ORDERED that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED this 21st day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE